AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Steven Aboulafia,

Plaintiff,

V.

Mortgage Electronic Registration Systems, Inc, ReconTrust Company, Countrywide Bank, FSB, Bank of America, BAC Home Loans Servicing, LP, Bank of New York Mellon

Defendants.

JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:12-cv-02001-GMN-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants shall be awarded attorney fees in the amount of $15,560.50, and costs in the amount of $480.96.

January 29, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk