ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Mortgage Electronic Registration Systems; Inc., ReconTrust Company, N.A., Bank of America, N.A., and The Bank of New York Mellon*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ABOULAFIA,<br><br>                    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY; NEVADA LEGAL NEWS, INC.; COUNTRYWIDE BANK, FSB; BANK OF AMERICA; BAC HOME LOANS SERVICING LP; BANK OF NEW YORK MELLON and DOES I through X, and ROE CORPORATIONS I through X, inclusive<br><br>                    Defendants. | Case No.:  2:12-CV-02001-GMN-PAL<br><br>**DEFENDANTS' MOTION TO MODIFY JUDGMENT FOR ATTORNEYS' FEES**<br><br>**AND ORDER** |

Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., Bank of America, N.A., and The Bank of New York Mellon (**defendants**) ask the court to modify the judgment for attorneys' fees (Dkt. No. 37) the court entered on January 29, 2014.

The court awarded defendants a $15,650 judgment. A basis for the amount was that defendants "incurred $17,144.50 in attorneys' fees and $1,345.74 in costs." (Dkt. No. 30 at p. 2, l. 19). While Akerman performed the services and paid the costs set forth in the declaration supporting attorneys' fees (Dkt. No. 30-1 at Ex. 1), by agreement, Bank of America is obligated to pay Akerman only $8,980.96.

{28094602;1}

Defendants ask the court to modify the amount of the judgment, reducing it to $8,980.96.

DATED this 13th day of February, 2014.

**AKERMAN LLP**

/s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Mortgage Electronic Registration Systems; Inc., ReconTrust Company, N.A., Bank of America, N.A.,and The Bank of New York Mellon*

**IT IS SO ORDERED** this 4th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court