≊AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Steven Aboulafia,

Mortgage Electronic Systems, Inc., BAC Home Loans Servicing, LP, Bank of America, Bank of New York Mellon, Countrywide Bank, FSB, ReconTrust Company;

Plaintiff,

V.

Mortgage Electronic Registration Systems, Inc, ReconTrust Company, Countrywide Bank, FSB, Bank of America, BAC Home Loans Servicing, LP, Bank of New York Mellon

Defendants.

**AMENDED JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:12-cv-02001-GMN-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants shall be awarded attorney fees in the amount of $8,980.96.

March 4, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk